**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LRWDEFA, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-14746<br><br>**Judge Charles P. Kocoras**<br><br>**Magistrate Judge Beth W. Jantz** |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Sony Interactive Entertainment LLC ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| LRWDEFA | 1 |
| pinminger | 6 |
| UZWGG | 18 |
| zdays | 24 |
| Zengfeilongart | 25 |
| MiaSebastiansale | 30 |
| nigo2009 | 32 |
| plc_equipment-3152 | 34 |
| plc_equipment-4260 | 35 |
| repair-factory | 37 |
| SAKUSAkIYOOMI | 38 |
| steponstep | 39 |
| top_digital | 41 |
| Transformers6688 | 42 |
| tsts9577 | 43 |
| uziones | 44 |
| zouni | 49 |
| suishuomaoyi | 79 |
| Y-TING | 85 |

Dated this 15th day of January 2026.  Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Lucas A. Peterson
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law
lpeterson@gbc.law

*Counsel for Plaintiff*
*Sony Interactive Entertainment LLC*